Commonwealth, Appellant, *v.* Strine.

Submitted March 22, 1971. *Paul R. Michel* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *A. Charles Peruto,* and *Lorch, Ryan, Peruto & Vitullo,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

Commonwealth *v.* Tedesco, Appellant.

Submitted March 22, 1971. *Anne Welsh* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.